IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH DAVIS and JIM OGLETREE, individually and on behalf of a class of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED BANK CORPORATION RETIREMENT PLAN COMMITTEE, JENNIFER W. EAVENSON, JAMES J. EDWARDS, JR., J. JOSEPH EDWARDS, SR., ALLIE E. ARMISTEAD, CHRISTOPHER C. EDWARDS, JOHN W. EDWARDS, JR., LAURIE E. FISHER, C., THOMAS HOPKINS, JR., STEVE C. KEADLE, DOUGLAS J. TUTTLE, AND FORREST A. WATSON, JR., UNITED BANK CORPORATION, UNITED BANK, JOHN DOES 1-10, and JANE ROES 1-10.<br><br>  Defendant. | Civil Action No.<br>5:24-cv-00328-MTT |

## JOINT MOTION FOR STAY OF CASE

Plaintiffs, Ruth Davis and Jim Ogletree ("Plaintiffs") and Defendants United Bank Corporation, Retirement Plan Committee, Jennifer W. Eavenson, James J. Edwards, Jr., J. Joseph Edwards, Sr., Allie E. Armistead, Christopher C. Edwards, John W. Edwards, Jr., Laurie E. Fisher, C., Thomas Hopkins, Jr., Steve C. Keadle, Douglas J. Tuttle, and Forrest A. Watson, Jr., United Bank Corporation, United

Bank, John Does 1-10, and Jane Roes 1-10 ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, respectfully request that the Court stay all pending deadlines in this case for 180 days.

1. Plaintiff brought this putative class action alleging that Defendants violated the Employee Retirement Income Security Act ("ERISA") in connection with the United Bank Corporation Employee Stock Ownership Plan (the "ESOP" or "Plan").

2. As the Complaint was filed on behalf of a putative class, the Parties have agreed to engage in settlement negotiations in an attempt to resolve this matter on a class-wide basis without further litigation or the Court's expenditure of further time or resources. The Parties have agreed upon a mediator, Douglas Hinson, who is a retired attorney with considerable ERISA experience and now mediates ERISA cases and have agreed upon a mediation in May 2025.

3. Because discovery has not begun, Plaintiff's counsel has asked and Defendants have agreed to provide certain data, information, and documents that about the Class that would facilitate settlement discussions.

4. During the stay, Defendants agree to exercise good faith efforts to collect and produce information relevant to the claims, and the parties agree to engage in good faith discussions about the data and information collection efforts,

the assumptions and methodology to be applied to the collected data and information, and a possible resolution of this action.

5. During the stay, Defendants agree to engage in discussions regarding settlement of these claims exclusively with Plaintiffs' counsel, and Defendants (including the unnamed members of the United Bank Corporation Retirement Plan Committee or the unnamed members of the Board of Directors) shall not attempt to resolve, settle, moot, or otherwise compromise any claims arising out of or related to the claims in this action with any member of the putative class, except with Plaintiffs' counsel; however, the foregoing will not prevent Defendants from adjudicating any claims through the administrative claims review process or settling any individual claim where (a) the individual filed a claim before the commencement of this action, and (b) either a settlement in principle was reached before the filing of this motion or settlement discussions began before the commencement of this action, so long as the settlement does not attempt to compromise the claims of any other member of the putative class.

6. Defendants represent that they are unaware of any other lawsuits or claims against them asserting the claims alleged in this action, and that they will inform Plaintiffs' counsel if they learn of any such action filed or overtly threatened on an individual, class wide, or representative basis before engaging in negotiations over those claims with anyone other than Plaintiffs' counsel, and will

promptly provide Plaintiffs' counsel with copies of any such agreements reached (including those allowed by Paragraph 5).

Accordingly, the Parties respectfully submit that good cause exists for this request and that it is not intended to delay or unnecessarily prolong the resolution of this matter and respectfully request that the Court grant this motion and enter an order as follows:

1. Staying the litigation for 180 days from the order's entry date, and permitting any party, no earlier than 30 days after the order's entry date, to terminate the stay by giving seven days' written notice to the other party and the Court without filing a motion;

2. Providing that notwithstanding the stay, if there are any disputes about the data, documents, or information to be provided for purposes of settlement, the parties may contact the Magistrate Judge assigned to the case to assist with resolution of any such issues, and the Magistrate Judge will have the power to resolve those disputes to facilitate settlement as if this case was not stayed;

3. Providing that if the stay expires or is terminated by either party, requiring (a) Defendants to file an answer or otherwise respond to the Complaint within 30 days from the date the stay expires or is terminated, (b) the parties to file their scheduling proposal within 30 days of the expiration or termination of the

Case 5:24-cv-00328-MTT   Document 22   Filed 01/13/25   Page 5 of 7

stay, and (c) Plaintiffs to file an opposition within 30 days of the date the motion is filed if Defendants file a motion under Fed. R. Civ. P. 12;

4. Providing that during the stay, Defendants will not attempt to resolve, settle, moot, or otherwise compromise any claims arising out of or related to the claims in this action with any member of the putative class, other than with Plaintiffs' counsel; however, the foregoing will not apply to the administrative claims review process or the settlement of any individual claim where (a) the individual filed a claim before the commencement of this action, and (b) either a settlement in principle was reached before the filing of this motion or settlement discussions began before the commencement of this action, so long as the settlement does not attempt to compromise the claims of any other member of the putative class. To the extent that Defendants resolve such claims on behalf of any member of the putative class, Defendants will promptly provide a copy of any such agreement to Plaintiffs' counsel.

5. Providing that if the case is not resolved via settlement, nothing in the order or the motion that prompted it shall prejudice any party's positions or arguments on class certification, the merits of the case, or otherwise.

7. Providing that by no later than 7 days before the expiration of the stay, the Parties will file a Joint Status Report updating the Court on the progress of their settlement negotiations.

-5-

Dated: January 13, 2025.

/s/ W. Bard Brockman
W. Bard Brockman
Georgia Bar No. 084230
bard.brockman@bclplaw.com
Katelyn W. Harrell
Georgia Bar No. 321101
katelyn.harrell@bclplaw.com
Bryan Cave Leighton Paisner, LLP
1201 W. Peachtree St. NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants*

/s/ Roy E. Barnes
Roy E. Barnes
Georgia Bar No. 039000
roy@barneslawgroup.com
J. Cameron Tribble
Georgia Bar No. 754759
ctribble@barneslawgroup.com
Barnes Law Group, LLC
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

/s/ R. Joseph Barton
R. Joseph Barton
(*admitted pro hac vice*)
The Barton Firm LLP
1633 Connecticut Ave. NW.
Suite 200
Washington, DC 20009
jbarton@thebartonfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

/s/ W. Bard Brockman
W. Bard Brockman
Georgia Bar No. 084230
bard.brockman@bclplaw.com
Bryan Cave Leighton Paisner, LLP
1201 W. Peachtree St. NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants*