UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH DAVIS and JIM OGLETREE, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BANK CORPORATION RETIREMENT PLAN COMMITTEE, JENNIFER W. EAVENSON, JAMES J. EDWARDS, JR., J. JOSEPH EDWARDS, SR., ALLIE E. ARMISTEAD, CHRISTOPHER C. EDWARDS, JOHN W. EDWARDS, JR., LAURIE E. FISHER, C., THOMAS HOPKINS, JR., STEVE C. KEADLE, DOUGLAS J. TUTTLE, AND FORREST A. WATSON, JR., UNITED BANK CORPORATION, UNITED BANK, JOHN DOES 1-10, and JANE ROES 1-10.<br><br>Defendant. | Civil Action No. 5:24-cv-00328-MTT |

## JOINT MOTION FOR CONFIDENTIALITY ORDER

Plaintiffs, Ruth Davis and Jim Ogletree ("Plaintiffs") and Defendants United Bank Corporation, Retirement Plan Committee, Jennifer W. Eavenson, James J. Edwards, Jr., J. Joseph Edwards, Sr., Allie E. Armistead, Christopher C. Edwards, John W. Edwards, Jr., Laurie E. Fisher, C., Thomas Hopkins, Jr., Steve C. Keadle, Douglas J. Tuttle, and Forrest A. Watson, Jr., United Bank Corporation, United Bank, John Does 1-10, and Jane Roes 1-10 ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter a Confidentiality Order in this matter and state as follows:

On January 13, 2025, the Parties filed a Joint Motion for Stay of Case and agreed to provide certain data, information, and documents about the Class that would facilitate settlement discussions. As one or more of the Parties may consider such information to be exchanged to be confidential, the parties have met and conferred on the language for a Proposed Confidentiality Order to facilitate this exchange of information.

Accordingly, the Parties submit that good cause exists for this request and respectfully request that the Court grant this Motion and enter the Proposed Confidentiality Order attached as Exhibit A hereto.

Dated: March 5, 2025.

| | |
|---|---|
| */s/ W. Bard Brockman* | */s/ Roy E. Barnes* |
| W. Bard Brockman | Roy E. Barnes |
| Georgia Bar No. 084230 | Georgia Bar No. 039000 |
| Katelyn W. Harrell | J. Cameron Tribble |
| Georgia Bar No. 321101 | Georgia Bar No. 754759 |
| BRYAN CAVE LEIGHTONPAISNER, LLP | BARNES LAW GROUP, LLC |
| 1201 W. Peachtree Street, NW | 191 Peachtree Street, N.E., 34th Floor |
| One Atlantic CEnter, 14th Floor | Atlanta, GA 30303 |
| Atlanta, GA 30309 | Telephone: (770) 227-6375 |
| Telephone: (404) 572-6600 | Facsimile: (770) 227-6373 |
| Facsimile: (404) 572-6999 | roy@barneslawgroup.com |
| Bard.brockman@bclplaw.com | ctribble@barneslawgroup.com |
| Katelyn.harrell@bcplaw.com | |
| | */s/ R. Joseph Barton* |
| *Counsel for Defendants* | R. Joseph Barton* |
| | The Barton Firm, LLP |
| | 1633 Connecticut Avenue, NW, Suite 200 |
| | Washington, DC 20009 |
| | jbarton@thebartonfirm.com |
| | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the foregoing **JOINT MOTION FOR CONFIDENTIALITY ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

Dated: March 5, 2025.

Respectfully submitted,

*/s/ Roy E. Barnes*
Roy E. Barnes
Georgia Bar No. 039000
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Telephone: (770) 227-6375
Fax: (770) 227-6373
Email: roy@barneslawgroup.com
Email: ctribble@barneslawgroup.com

*Counsel for Plaintiff*