UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH DAVIS and JIM OGLETREE, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED BANK CORPORATION RETIREMENT PLAN COMMITTEE, JENNIFER W. EAVENSON, JAMES J. EDWARDS, JR., J. JOSEPH EDWARDS, SR., ALLIE E. ARMISTEAD, CHRISTOPHER C. EDWARDS, JOHN W. EDWARDS, JR., LAURIE E. FISHER, C., THOMAS HOPKINS, JR., STEVE C. KEADLE, DOUGLAS J. TUTTLE, AND FORREST A. WATSON, JR., UNITED BANK CORPORATION, UNITED BANK, JOHN DOES 1-10, and JANE ROES 1-10.<br><br>        Defendant. | Civil Action No. 5:24-cv-00328-MTT |

**NOTICE OF CHANGE OF FIRM OF R. JOSEPH BARTON**

PLEASE TAKE NOTICE that Barton & Downes LLP is now The Barton Firm LLP and as such, the undersigned attorney of record has changed his firm and email address as follows:

The Barton Firm LLP

jbarton@thebartonfirm.com

All other contact information remains the same, including his physical address and mailing address and telephone number.

Dated: March 19, 2025                    Respectfully submitted,

*/s/ R. Joseph Barton*
R. Joseph Barton (*pro hac vice*)
THE BARTON FIRM LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: (202) 734-7046
Email: jbarton@thebartonfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, I caused the foregoing Notice of Change of Firm of R. Joseph Barton to be electronically filed with the Clerk of the Court using the CM/ECF system, by operation of which it was served on counsel of record for all parties.

*/s/ Ming Siegel*
Ming Siegel