UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH DAVIS and JIM OGLETREE, individually and on behalf of a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED BANK CORPORATION RETIREMENT PLAN COMMITTEE, JENNIFER W. EAVENSON, JAMES J. EDWARDS, JR., J. JOSEPH EDWARDS, SR., ALLIE E. ARMISTEAD, CHRISTOPHER C. EDWARDS, JOHN W. EDWARDS, JR., LAURIE E. FISHER, C., THOMAS HOPKINS, JR., STEVE C. KEADLE, DOUGLAS J. TUTTLE, AND FORREST A. WATSON, JR., UNITED BANK CORPORATION, UNITED BANK, JOHN DOES 1-10, and JANE ROES 1-10.<br><br>     Defendant. | Civil Action No. 5:24-cv-00328-MTT |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Ruth Davis and Jim Ogletree move the Court for an order under Rule 23 of the Federal Rules of Civil Procedure:

1.  Preliminarily approving the Class Action Settlement Agreement between Plaintiffs and Defendants as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2.  Preliminarily approving the proposed Class Notice as to form and content and approving the plan for dissemination of notice to the Class by first class U.S. mail or email, if available, as satisfying the requirements of Rule 23(c)(2) and (e)(1);

3.  Preliminarily approving the proposed Plan of Allocation;

4.  Appointing a Settlement Administrator; and

5.  Setting dates and deadlines under Rule 23(d) and (e) of the Federal Rules of Civil Procedure in order for the Court to evaluate whether to grant final approval to the Settlement (after distribution of the proposed Class Notice to the Class and submission of any objections to the Settlement) and to evaluate Plaintiffs and Class Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses and request for service awards as follows:

| Event | Proposed Deadline/Date |
|---|---|
| Defendants to provide additional Class Data for Notice | 30 days after Settlement Agreement is executed |
| Settlement Administrator to provide notice to the Class | At least 21 days after Class Data is Provided |
| Settlement Administrator to file Declaration re Class Notice | 30 days after deadline to send Class Notice |
| Class Counsel to file Motion for an Award of Attorneys' Fees, Expenses and Costs from the Settlement | 14 days before objection deadline |
| Class Members to file any challenges to the Class Data | 60 days after Class Notice is sent |
| Class Members to file any objections to the Settlement | 60 days after Class Notice is sent |
| Class Counsel to file Motion for Final Approval | At least 14 days after objection deadline |

1

| Fairness Hearing (i.e., Hearing on Motion for Final Approval of the Settlement and Motion for Attorneys' Fees and Litigation Expenses) | At least 100 days after Motion for Preliminary Approval filed |
|---|---|

Dated: September 24, 2025.

Respectfully submitted,

*/s/ R. Joseph Barton*
R. Joseph Barton*
The Barton Firm, LLP
1633 Connecticut Avenue, NW, Suite 200
Washington, DC 20009
jbarton@thebartonfirm.com

*/s/ J. Cameron Tribble*
Roy E. Barnes
Georgia Bar No. 039000
J. Cameron Tribble
Georgia Bar No. 754759
BARNES LAW GROUP, LLC
191 Peachtree Street, N.E., 34th Floor
Atlanta, GA 30303
Telephone: (770) 227-6375
Facsimile: (770) 227-6373
roy@barneslawgroup.com
ctribble@barneslawgroup.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

Dated: September 24, 2025.

*/s/ Ming Siegel*
Ming Siegel