IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RUTH DAVIS and JIM OGLETREE, individually and on behalf of a class of all others similarly situated, | * |
| | * |
| | Case No.   5:24-CV-328-MTT |
| Plaintiff, | * |
| v. | |
| | * |
| UNITED BANK CORPORATIONRETIREMENT PLAN COMMITTEE,JENNIFER W. EAVENSON, JAMES J.EDWARDS, JR., J. JOSEPH EDWARDS,SR., ALLIE E. ARMISTEAD,CHRISTOPHER C. EDWARDS, JOHN WEDWARDS, JR., LAURIE E. FISHER, C.THOMAS HOPKINS, JR., STEVE C.KEADLE, DOUGLAS J. TUTTLE, ANDFORREST A. WATSON, JR., UNITEDBANK CORPORATION, UNITED BANK,JOHN DOES 1-10, and JANE ROES 1-10., | * |
| | * |
| | * |
| | * |
| | * |
| | * |
| | * |
| | * |
| Defendants, | |
| | * |
| and | |
| | * |
| THE UNITED BANK EMPLOYEE STOCK OWNERSHIP PLAN, | |
| | * |
| Nominal Defendant. | * |

**J U D G M E N T**

Pursuant to the Order of this Court entered filed March 27, 2026, and for the reasons stated

therein, JUDGMENT is hereby entered approving Plaintiffs' Class Action Settlement and

Awarding Attorneys' Fees in the amount of $666,666.67.

Plaintiffs' counsel is further awarded reimbursement of litigation expenses in the amount of $8,539.93 and settlement administration expenses in the amount of $7,050.00.

This 30th day of March, 2026.

David W. Bunt, Clerk


s/ Amy N. Stapleton, Deputy Clerk

2